IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| REGIONS BANK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:23-cv-00019 |
| ROBERT M. FRAZIER, | § § § | |
| Defendant. | § | |

## COMPLAINT

### I. PARTIES

1. Plaintiff Regions Bank ("Regions") is an Alabama state-chartered bank that maintains its principal place of business in Birmingham, Alabama. As described below, Regions is the successor by merger to Ascentium Capital LLC ("Ascentium") as of March 31, 2023.

2. Defendant Robert M. Frazier ("Frazier"), at all times material hereto, has been and is a citizen and resident of the Commonwealth of Virginia who may be served with process at 119 Atlantis Lane, Lake Frederick, Frederick County, Virginia 22630-2099.

### II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Regions is an Alabama state-chartered bank with its principal place of business in Birmingham, Alabama. Frazier is a citizen and resident of Lake Frederick, Frederick County, Virginia. Complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332(a)(1).

4879-9527-1001v1
2922628-000284 04/03/2023

4. As demonstrated below and in the attached exhibits, the amount in controversy in this case exceeds $75,000.00, exclusive of interest, fees, and costs.

5. This Court has personal jurisdiction over Frazier pursuant to, among other things, Va. Code § 8.01-328.1.

6. Venue is proper in this Court pursuant to, among other things, 28 U.S.C. § 1391(b)(1) and Local Rule 2(a)(5) and 2(b).  Frazier resides in the Western District of Virginia in the Harrisonburg Division.  Alternatively, this district and division are where a substantial portion of the events or omissions occurred giving rise to the claims stated herein.

### III.  BACKGROUND

7. At all times pertinent hereto, Ascentium was a Delaware limited liability company with its principal office in Kingwood, Texas.  Ascentium entered into the loan described in more detail herein with Haulin' Trash, LLC, as borrower, and Frazier, as guarantor.

8. Effective March 31, 2023, Ascentium merged with and into Regions.

9. As a result of such merger, Regions acquired Ascentium's assets, including but not limited to, all of Ascentium's rights, title, and interest in the loan at issue in this case.

10. On or about June 2022, Haulin' Trash, LLC entered into an Equipment Finance Agreement, Agreement No. 2669755 ("EFA"), with Ascentium to finance the purchase of certain equipment—"new steel containers."  A true and exact copy of the EFA is attached hereto as Exhibit A.

11. Pursuant to the EFA, Haulin' Trash, LLC originally agreed to make sixty monthly payments of $2,792.11, beginning in July 2022, until the debt was paid in full.  The total amount of scheduled payments required by the EFA is $167,526.60.  An Addendum to the EFA corrected and/or changed the amount of the monthly payments to $2,812.97.

4879-9527-1001v1
2922628-000284 04/03/2023

12. Also on or about June 2022, Frazier executed the Guaranty section of the EFA, by which he unconditionally guaranteed payment and performance of all of Haulin' Trash, LLC's obligations under the EFA. (Ex. A, Guaranty.)

13. The EFA debt is evidenced by, among other things, the EFA (Ex. A), vendor invoices (Ex. B), a UCC Financing Statement filed on June 3, 2022 (Ex. C), and a payment history (Ex. D).

14. Pursuant to the terms and conditions of the EFA, Haulin' Trash, LLC granted Ascentium a purchase money security interest in the financed equipment. (*See* Ex. A.)

15. Haulin' Trash, LLC did not make the scheduled monthly payments in or about December 2022, and subsequent payments thereafter, under the EFA.

16. By failing to make the monthly payments due under the EFA, Haulin' Trash, LLC defaulted on its contractual obligations to Ascentium, and now Regions, and a total balance of $146,383.52 is due and owing as of March 13, 2023. This amount is comprised of past due payments, late charges, site inspection charges, and accelerated future payments (3% present value discount applied).

17. Because of Haulin' Trash, LLC's default on the monthly payment obligations under the EFA, Ascentium accelerated the amounts due under the EFA and declared the entire outstanding balance due and payable.

18. Haulin' Trash, LLC failed or refused to perform under the EFA.

19. On March 2, 2023, Haulin' Trash, LLC filed a voluntary Chapter 7 petition with the United States Bankruptcy Court for the Eastern District of Virginia. With this Complaint against Frazier, the personal guarantor, Regions is not making a demand for payment from Haulin' Trash, LLC and is not attempting to collect the debt from Haulin' Trash, LLC.

4879-9527-1001v1
2922628-000284 04/03/2023

20.     Under the terms of the Guaranty section in the EFA, Frazier is obligated to pay Haulin' Trash, LLC's outstanding balance under the EFA.  Frazier is also obligated to pay all of Regions' expenses in enforcing the EFA and the Guaranty.

21.     Ascentium demanded that Frazier perform Haulin' Trash, LLC's obligations under the EFA, but Frazier failed or refused to do so.

22.     The EFA is governed by the laws of the State of California.  Any amounts not paid when due under the EFA are subject to a late charge of the lower of 10% of such amounts or the highest amount allowed by law.  Additionally, interest on all past due amounts under the EFA is the lower of 1.5% per month or the highest rate allowed by law.  The maximum legal rate of interest on a loan under California law is 12% per annum.  Ca. Civ. Code §1916-1.

23.     Pursuant to the EFA, upon an event of default, Frazier is obligated to reimburse Regions for all costs incurred in enforcing its rights under the EFA, including attorneys' fees and costs of repossession, repair, storage, and remarketing of collateral.  Regions has referred this matter to its attorneys, who are not its salaried employees, and is entitled to its reasonable attorneys' fees.

24.     Default interest is accruing under the EFA at the rate of $71.65 per day.

## IV.  CLAIMS

### A.  Breach of Contract—Guaranty in EFA

25.     On or about June 2022, Haulin' Trash, LLC entered into the EFA with Ascentium.  At the same time, Frazier executed the Guaranty section of the EFA, by which he unconditionally guaranteed payment and performance of all of Haulin' Trash, LLC's obligations under the EFA.

26.     Haulin' Trash, LLC defaulted on its monthly payment obligations under the EFA starting in December 2022.

4879-9527-1001v1
2922628-000284 04/03/2023

27.     Haulin' Trash, LLC failed or refused to perform under the EFA.

28.     Under the terms of the Guaranty in the EFA, Frazier is obligated to pay Haulin' Trash, LLC's outstanding obligations under the EFA.  Frazier is also obligated to pay all expenses incurred in enforcing the EFA and the Guaranty in the EFA.

29.     Ascentium demanded that Frazier perform Haulin' Trash, LLC's obligations under the EFA, but Frazier refused or failed to do so.

30.     Regions is entitled to entry of judgment against Frazier in the amount of $146,383.52 (as of March 13, 2023), plus attorneys' fees, costs, late charges, interest, and all other amounts allowed by the EFA, including all default interest at the rate of $71.65 per day through the date of judgment.

### B.  Verified Account

31.     Pursuant to Va. Code § 8.01-28, Regions files as Exhibit E to this Complaint an affidavit stating that, to the best of Regions' belief, Frazier is indebted to Regions in the amount of $146,383.52 (comprised of $8,438.91 in past due payments, $866.90 in late charges, $230.00 for site inspection charges, and future accelerated payments (3% present value discount) of $136,847.71), which is due and owing as of March 13, 2023, and that the amount is justly due.

32.     Regions is entitled to entry of judgment against Frazier in the amount of $146,383.52 (as of March 13, 2023), plus attorneys' fees, all costs, and default interest at the rate of $71.65 per day through the date of judgment.

## V.  PRAYER FOR RELIEF

Based on the foregoing, including the attached exhibits, Regions respectfully requests that this Court enter judgment against Frazier as follows:

A. Granting Regions judgment against Frazier for the amount of the debt owed under the EFA, which was $146,383.52 as of March 13, 2023, along with all default interest accruing at the rate of $71.65 per day through the date of judgment.

B. Awarding Regions recovery of all costs and expenses incurred in enforcing its rights against Frazier and as allowed under the terms of the EFA.

C. Awarding Regions recovery of its attorneys' fees under the terms of the EFA.

D. Awarding Regions such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Chad E. Wallace
Chad E. Wallace, VA Bar 92807
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
P.O. Box 3038
Johnson City, Tennessee  37604
Telephone:  (423) 928-0181
Facsimile:  (423) 979-7639
cwallace@bakerdonelson.com

*Attorney for Plaintiff Regions Bank*