IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| REGIONS BANK, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 5:23-cv-00019 |
| ROBERT M. FRAZIER, | | |
| Defendant. | | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Regions Bank ("Regions"), pursuant to Federal Rule of Civil Procedure 55(b) and the Clerk's Entry of Default as to Defendant Robert M. Frazier [Doc. 7], moves the Court for a default judgment against Defendant for $155,898.57. The record in this case demonstrates a failure by Defendant to plead or otherwise defend as provided by Rule 55(a), and Regions' claims against Defendant are for a sum certain or a sum that can be made certain by computation as provided by Rule 55(b)(1).

In support of this Motion, Regions submits the Affidavit of Chad E. Wallace, Exhibit 1 hereto, counsel of record for Regions, evidencing the facts of service on Defendant Robert M. Frazier, that Defendant Robert M. Frazier is not an infant, incompetent, or on active military duty, and the amount of Regions' reasonable attorneys' fees and costs incurred in connection with this case in the amount of $5,144.40.

Regions also submits the Affidavit of Anthony Campisciano, Vice President—Manager, Special Assets for Regions, Exhibit 2 hereto (also attached as Exhibit E to the Complaint), which

establishes that the debt owed by Defendant Robert M. Frazier to Regions was $146,383.52 as of March 13, 2023, with default interest accruing at the rate of $71.65 per day. Thus, as of the filing of this Motion on May 12, 2023, the debt owed by Defendant Robert M. Frazier totals $150,754.17 ($146,383.52 + (61 days x $71.65/day = $4,370.65).

In further support of this Motion, Regions is filing contemporaneously herewith a Brief In Support of Motion for Default Judgment.

WHEREFORE, Regions respectfully requests that the Court enter a default judgment in favor of Regions against Defendant Robert M. Frazier in the total amount of $155,898.57 as of May 12, 2023 ($150,754.17 debt + $5,144.40 for attorneys' fees and costs). Regions further requests that the Court add to this amount for the accruing default daily interest for each day between the filing of this Motion and the entry of any judgment.

4871-4657-8275v1
2922628-000284 05/12/2023

Respectfully submitted,

*/s/ Chad E. Wallace*
Chad E. Wallace, VA Bar 92807
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
P.O. Box 3038
Johnson City, Tennessee  37604
Telephone:  (423) 928-0181
Facsimile:  (423) 979-7639
cwallace@bakerdonelson.com

*Attorney for Plaintiff Regions Bank*

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, a copy of the foregoing Motion for Default Judgment was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

Notice of this filing will also be sent to the following parties via United States Mail, with sufficient postage thereon to carry the same to its destination:

Robert M. Frazier
119 Atlantis Lane
Lake Frederick, Virginia  22630-2099

*s/ Chad E. Wallace*
Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
P.O. Box 3038
Johnson City, Tennessee  37602
Phone: (423) 928-0181
Facsimile: (423) 928-5694
cwallace@bakerdonelson.com

4871-4657-8275v1
2922628-000284 05/12/2023