IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

REGIONS BANK                  )
                                      )
     Plaintiff,               )
                                        )
                                        )      Civil Action No. 5:23-cv-00019
     v.                   )
                                        )      By:  Elizabeth K. Dillon
ROBERT M. FRAZIER,         )             United States District Judge
                                        )
     Defendant.          )

**FINAL ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is HEREBY

ORDERED that plaintiff Regions Bank's motion for default judgment (Dkt. No. 8) and

supplemental request for attorney's fees (Dkt. No. 10) are GRANTED.  It is therefore further

ORDERED that judgment is entered in favor of plaintiff against defendant Robert M. Frazier in the

total amount of $161,939.72, consisting of:

1.  Damages in the amount of $156,987.72;

2.  Attorneys' fees in the amount of $4,550.00; and

3.  Costs in the amount of $402.00.

It is further ORDERED that this case is STRICKEN from the active docket of the court.

The clerk is directed to send a copy of this order and accompanying memorandum opinion to

defendant and all counsel of record.

Entered: August 8, 2023.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge